IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GSV ACQUISITIONS, LLC and GSV MANAGEMENT, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>JON ELLISON,<br><br>   Defendant.<br><br>JON ELLISON,<br><br>   Counterclaim Plaintiff/Third-Party Complainant,<br><br>v.<br><br>GSV ACQUISITIONS, LLC and GSV EQUITY HOLDINGS, LLC<br><br>   Counterclaim/Third-Party Defendants. | Case No. 3:23-cv-00445-CLC-JEM |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and E.D. Tenn. L.R. 68.1, Defendant/Counterclaim Plaintiff Jon Ellison ("Ellison") and Plaintiff/Counterclaim Defendant GSV Acquisitions, LLC, Plaintiff GSV Management, LLC, and Third-Party Defendant GSV Equity Holdings, LLC (together, the "GSV Parties," and with Ellison, the "Parties"), by their undersigned attorneys, hereby stipulate and agree to dismiss this action with prejudice. Each party shall bear its own fees and costs.

1

Dated: June 18, 2024

        s/ *Shayne R. Clinton*
        **BASS, BERRY & SIMS PLC**
        Shayne R. Clinton (BPR #026245)
        900 S. Gay Street, Suite 1700
        Knoxville, Tennessee 37902
        Telephone: (865) 521-6200
        Facsimile: (615) 742-6293
        E-mail: sclinton@bassberry.com

        -and-

        **WEIL, GOTSHAL & MANGES LLP**
        Yehudah L. Buchweitz (*pro hac vice*)
        Jessica L. Falk (*pro hace vice*)
        Sarah Schnorrenberg (*pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153-0119
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007
        E-mail: yehudah.buchweitz@weil.com
               jessica.falk@weil.com
               sarah.schnorrenberg @weil.com

        *Attorneys for Plaintiffs GSV Acquisitions, LLC and GSV Management, LLC, and Third-Party Defendant GSV Equity Holdings, LLC*

        s/ *George H. Cate, III* (by SRC w/permission)
        **BRADLEY ARANT BOULT CUMMINGS LLP**
        George H. Cate, III (BPR #12595)
        J. Hunter Robinson (BPR #37425)
        Kristina A. Reliford (BPR #37039)
        One 22 One
        1221 Broadway, Suite 2400
        Nashville, Tennessee 37203
        P: (615) 252-3573
        E-mail: gcate@bradley.com
               hrobinson@bradley.com
               kreliford@bradley.com

        *Attorneys for Counterclaim Plaintiff/Defendant Jon Ellison*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All others will be served by depositing a copy thereof in the United States mail, first- class, postage prepaid.

This the 18th day of June, 2024.

                                                              s/ *Shayne R. Clinton*